1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   HENDRICK BLOCK,                            )   No.  1:20-cv-01265-NONE-SAB
                                                )
12                   Plaintiff,                 )   ORDER GRANTING PLAINTIFF'S
                                                )   REQUEST TO CONTINUE THE
13          vs.                                 )   MANDATORY SCHEDULING
                                                )   CONFERENCE
14   K & K SISTERS, LLC dba KARLITAS, et al.,   )
                                                )
15                   Defendants.                )   (ECF No. 7)
                                                )
16                                              )
                                                )
17   _____        )

18

19          On November 17, 2020, an order issued requiring Plaintiff to file a notice of status of

20   service on the defendants in this action.   On November 20, 2020, Plaintiff filed a notice of

21   status of service and requests an additional thirty days to effect service and that the scheduling

22   conference be continued to allow Plaintiff to effect service of the summons and complaint.

23          Finding good cause, IT IS HEREBY ORDERED that:

24          1.      Plaintiff's request for an additional thirty days to effect service of process and to

25                  continue the mandatory scheduling conference is GRANTED;

26          2.      Plaintiff is GRANTED an additional **thirty (30) days** to serve the summons and

27                  complaint;

28

1   3.  The mandatory scheduling conference set for November 30, 2020 is

2      CONTINUED to **February 9, 2021, at 10:30 a.m.;** and

3   4.  The parties shall file a joint scheduling report **seven (7) days** prior to the

4      scheduling conference.

5

6 IT IS SO ORDERED.

7 Dated: **November 20, 2020**

8           UNITED STATES MAGISTRATE JUDGE