# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>  Plaintiff,<br><br>  v.<br><br>K & K SISTERS, LLC, et al.,<br><br>  Defendants. | Case No. 1:20-cv-01265-NONE-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING MANDATORY SCHEDULING CONFERENCE TO APRIL 8, 2021<br><br>(ECF Nos. 15, 16) |

On January 13, 2021, an order issued requiring Plaintiff Hendrik Block to show cause why Defendant K & K Sisters, LLC should not be dismissed from this action for the failure to serve in compliance with Rule 4(m) of the Federal Rules of Civil Procedure. (ECF No. 15.) On January 16, 2016, Plaintiff filed a response stating that he had been unable to serve the defendant, a tentative settlement has been reached in this matter, and there is no objection to the dismissal of Defendant K & K Sisters LLC from this action without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 13, 2021 order to show cause is DISCHARGED;
2. The mandatory scheduling conference set for February 9, 2021 is CONTINUED to **April 8, 2021, at 10:30 a.m.** in Courtroom 9; and

/ / /

/ / /

1

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **January 19, 2021**

UNITED STATES MAGISTRATE JUDGE