UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>K & K SISTERS, LLC, et al.,<br><br>    Defendants. | No. 1:20-cv-01265-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT K & K SISTERS , LLC FROM THIS ACTION FOR FAILURE TO SERVE<br><br>(Doc. No. 18) |

Plaintiff Hendrik Block filed this action alleging violation of the Americans with Disabilities Act on September 3, 2020, against 3K Investment Company, LLC and K & K Sisters, LLC. (Doc. No. 1.)  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 19, 2021, the magistrate judge filed a findings and recommendations recommending that defendant K & K Sisters, LLC be dismissed from this action for plaintiff's failure to serve the summons and complaint in compliance with Rule 4(m) of the Federal Rules of Civil Procedure.  (Doc. No. 18.)  The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days from the date of service.  (*Id.*)  The period for filing objections has passed and no objections have been filed.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations filed January 19, 2021 (Doc. No. 18) are ADOPTED IN FULL;
2. Defendant K & K Sisters, LLC is DISMISSED from this action for failure to serve the complaint in compliance with Rule 4(m) of the Federal Rules of Civil Procedure; and
3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **February 4, 2021**

_____
UNITED STATES DISTRICT JUDGE